UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Trina Gill-Journiette,

Plaintiff,

v.

Wyeth-Ayerst Laboratories and American Home Products Corporation,

Defendants.

Civil 01-1831 JRT/FLN

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: Oct. 12, 2001.

Franklin L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

FILED OCT 16 2001
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Trina Gill-Journeitte

vs. 01-1831JRT/JMM

Wyeth-Ayerst Labs, et al

Pursuant to an Order of Recusal by Magistrate Judge Noel, the above matter has been re-assigned to Magistrate Judge John M. Mason. Please note the change in the Magistrate Judge initials and refer to those initials when submitting documents to the court for filing. Please also note that the Judge remains the same.